# KINGSLEY & KINGSLEY
| L A W Y E R S |

May 22, 2019

Via EFC Filing

United States District Court
Northern District of California
450 Golden Gate Avenue,
Courtroom G, 15th Floor
San Francisco, CA 94102

      Re:    Christopher Maston v. Bluestar Refreshment Services
                *Case No.: 3:17-cv-06000-JCS – Hon. Joseph C. Spero*
                *Plaintiff's Request to Appear Telephonically at hearing on Motion for*
                *Preliminary of Class Action Settlement*
                *Hearing Date: June 14, 2019 at 9:30 a.m.*

Dear Honorable Joseph C. Spero:

I respectfully request to appear by Courtcall at the hearing on Motion for Preliminary Approval of Class Action Settlement currently set for June 14, 2019 at 9:30 a.m. In the interest of not incurring any additional fees for travel since my office is located in the Los Angeles County area we would appreciate the court allowing a Courtcall appearance.

Thank you.

Dated: May 23, 2019

                                          Very truly yours,

                                          KINGSLEY & KINGSLEY, APC

*IT IS SO ORDERED*
*Judge Joseph C. Spero*

                                          By: /s/ DAVID KELEDJIAN
                                          ERIC B. KINGSLEY
                                          KELSEY M. SZAMET
                                          DAVID KELEDJIAN
                                          Attorneys for Plaintiff

EBK/KMS/DK/mt
Cc: Lyle M. Chan, Esq. – email: lmchan@wolfewyman.com

16133 Ventura Boulevard, Suite 1200, Encino, California 91436
Tel. (818) 990-8300 | Fax. (818) 990-2903