# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MASTON, an individual, on behalf of himself and others similarly situated<br><br>PLAINTIFF,<br><br>v.<br><br>BLUESTAR REFRESHMENT SERVICES,<br><br>DEFENDANTS. | CASE NO. 3:17-cv-06000-JCS<br><br>**[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISAL PURSUANT TO F.R.C.P. 23(E)** |

1

**[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(E)**

# [~~PROPOSED~~] ORDER OF DISMISSAL

The Court having considered the Joint Stipulation of the parties, and good cause appearing, orders as follows:

Pursuant to Plaintiff CHRISTOPHER MASTON's request for Voluntary Dismissal under Federal Rule of Civil Procedure 23(e), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH Prejudice as to Plaintiff's individual claims and WITHOUT PREJUDICE as to the putative class as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:  October 22, 2020              _____

Chief Magistrate Judge
Hon. Joseph C. Spero